**No. 40310.**—Protest 748295–G of Louis Guerena Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the commodity is the same as that covered by *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40311.**—Protests 803751–G, etc., of Pillsbury Flour Mills Co. (Buffalo).

Opinion by EVANS, J. On the records presented the protests were overruled.

BEFORE THE FIRST DIVISION, JANUARY 5, 1939

**No. 40312.**—Protest 955426–G of Solo Horton Brush Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of hair pencils similar to those passed upon in *Solo Horton Brush Co.* v. *United States* (T. D. 46123). The claim at 40 percent under paragraph 1506 was therefore sustained.

**No. 40313.**—Protest 949098–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 5, 1939

**No. 40314.**—Protest 958015–G of S. S. Perry (Los Angeles).

Opinion by KINCHELOE, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protest was sustained.